IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAROLD J. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:15-cv-641-JPG-DGW |
| KALE PIRTLE, | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Now pending before the Court is the Motion for Summary Judgment filed by Plaintiff, Harold J. Johnson, on September 29, 2016 (Doc. 22). For the following reason, the motion is denied without prejudice.

In this matter, Plaintiff claims that his constitutional rights were violated when he was stopped for a pre-textual reason, arrested, held, and indicted for impersonating a police officer. While the charges were dropped, his mugshot and the nature of the charges were released to the press. By an Order dated January 19, 2016, Plaintiff has been permitted to proceed on Count 1, that he was stopped and arrested without reasonable suspicion or probable cause in violation of the Fourth and Fourteenth Amendments. In his Motion, Plaintiff states that there was no lawful reason for the traffic stop and that the sole reason he was stopped was because Defendant wanted to arrest him. Plaintiff's claim and motion raise various factual issues; most notably, what were the circumstances of the traffic stop and his arrest.

Federal Rule of Civil Procedure 56(b) provides that a party may seek summary judgment at any time up to 30 days after the close of discovery. This matter currently has a June 9, 2017 discovery deadline and trial is set for March 19, 2018. The record in this case has not been fully

developed. Defendant points out that Plaintiff's deposition has yet to be taken and that they are awaiting a copy of the criminal trial related to this matter. The appropriate disposition of this matter would be benefitted by a full and complete record. Plaintiff may refile this motion once discovery is completed and by the July 14, 2017 deadline.

As stated above, Plaintiff's Motion (Doc. 22) for Summary Judgment is **DENIED** without prejudice. In light of this ruling, Defendant's Motion (D0c. 23) for Extension of Time is **MOOT**. Defendants are cautioned, however, that any future similar motion, stating that discovery is required prior to filing a response to a motion for summary judgment, must comply with Rule 56(d).

**IT IS SO ORDERED.**

**DATED:** 11/1/2016

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**