# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

HAROLD JOHNSON,

    Plaintiff,

v.

KALE PIRTLE,

    Defendant.

Case No. 3:15-cv-641-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED with prejudice**.

DATED: January 19, 2018

                                         **JUSTINE FLANAGAN,**
                                         **Acting Clerk of Court**

                                         **BY:**   s/Tina Gray
                                                        **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**